1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

WILLIAM GRECIA,

         Plaintiff,

    v.

SONY NETWORK ENTM'T INT'L LLC,

         Defendant.

Case No. 14-cv-00969 NC

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

    In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Edward M. Chen to determine whether it is related to *William Grecia v. Apple, Inc., et. al.*, No. 14-cv-00775 EMC.

    IT IS SO ORDERED.

    Date: March 28, 2014

                                      _____
                                      Nathanael M. Cousins
                                      United States Magistrate Judge