Luke L. Dauchot, P.C. (#229829)
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Tel.:   (213) 680-8400
Fax:    (213) 680-8500
ldauchot@kirkland.com

Joel R. Merkin (*pro hac vice*)
Bryan Hart (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
Tel.:   (312) 862-2000
Fax:    (312) 862-2200
jmerkin@kirkland.com
bryan.hart@kirkland.com

*Attorney for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WILLIAM GRECIA,<br><br>              Plaintiff,<br><br>      v.<br><br>APPLE INC. and<br>THE WALT DISNEY COMPANY,<br><br>              Defendants. | Case No. C 3:14-775 EMC<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER EXTENDING TIME FOR**<br>**DEFENDANT APPLE INC. TO**<br>**RESPOND TO PLAINTIFF'S FIRST**<br>**AMENDED COMPLAINT**<br><br>**[LOCAL RULE 6-2]**<br><br>Hon. Edward M. Chen |

STIPULATION EXTENDING TIME
Case No. C 3:14-775 EMC

Pursuant to Federal Rule of Civil Procedure ("FRCP") 6(b) and Civil Local Rules 6-1(b), 6-2, and 7-12, counsel for Defendant Apple Inc. ("Apple") and Plaintiff William Grecia ("Plaintiff") hereby jointly stipulate, agree, and request an order from the Court as follows:

Apple shall have an additional thirty (30) days up to and including May 5, 2014 to file its answer or otherwise respond to Plaintiff's First Amended Complaint (D.I. 57). The purpose of the requested extension is to allow Apple sufficient time to respond to Plaintiff's First Amended Complaint.

Apple's currently pending Motion to Dismiss (D.I. 48) Plaintiff's original Complaint, scheduled for hearing on April 18, 2014, shall be withdrawn without prejudice and taken off calendar in light of Plaintiff's filing of its First Amended Complaint.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED: April 2, 2014 | Respectfully submitted, |
| WILLIAM GRECIA | APPLE INC. |
| */s/ John Mansfield* | */s/ Luke L. Dauchot, P.C.* |
| John Mansfield (#214848)<br>john@mansfieldlaw.net<br>MANSFIELD LAW<br>1001 Bayhill Drive, 2nd Floor<br>San Bruno, CA 94066<br>Tel.:   (971) 271-8615 | Luke L. Dauchot, P.C. (#229829)<br>KIRKLAND & ELLIS LLP<br>333 South Hope Street<br>Los Angeles, California 90071<br>Tel.:   (213) 680-8400<br>Fax:   (213) 680-8500<br>ldauchot@kirkland.com |
| Matthew M. Wawrzyn (*pro hac vice*)<br>Stephen C. Jarvis (*pro hac vice*)<br>WAWRZYN LLC<br>233 S. Wacker Dr., 84th Floor<br>Chicago, IL 60606<br>Tel.:   (312) 283-8330<br>matt@wawrzynlaw.com<br>stephen@wawrzynlaw.com | Joel R. Merkin (*pro hac vice*)<br>Bryan Hart (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Tel.:   (312) 862-2000<br>Fax:   (312) 862-2200<br>jmerkin@kirkland.com<br>bryan.hart@kirkland.com |
| *Attorneys for Plaintiff William Grecia* | *Attorneys for Defendant Apple Inc.* |

STIPULATION EXTENDING TIME
Case No. C 3:14-775 EMC                              1

**[PRO~~POSED~~] ORDER**

Pursuant to the foregoing stipulation extending time for Apple to answer or otherwise respond to Plaintiff's First Amended Complaint (D.I. 57) and withdrawing Apple's currently pending Motion to Dismiss (D.I. 48), and for good cause shown, it is hereby ORDERED that:

1. Apple shall answer or otherwise respond to Plaintiff's First Amended Complaint on or before May 5, 2014.

2. Apple's Motion to Dismiss (D.I. 48), scheduled for hearing on April 18, 2014, shall be withdrawn without prejudice and taken off calendar.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____4/7_____, 2014      _____



IT IS SO ORDERED
Judge Edward M. Chen