Luke L. Dauchot, P.C. (Bar No. 229829)
luke.dauchot@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Joel R. Merkin (*pro hac vice*)
joel.merkin@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM GRECIA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE INC. and THE WALT DISNEY COMPANY,<br><br>    Defendants. | Case No. 3:14-cv-00775-EMC<br><br>**[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT APPLE INC. TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**[LOCAL RULE 6-2]**<br><br>Hon. Edward M. Chen |

Pursuant to the foregoing stipulation extending time for Apple to answer or otherwise respond to Plaintiff's First Amended Complaint, and for good cause shown, it is hereby ORDERED that:

1.   Apple shall answer or otherwise respond to Plaintiff's First Amended Complaint on or before June 9, 2014.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____5/5_____, 2014

_____
Hon. Edward M. Chen
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen