[COUNSEL LISTED ON SIGNATURE PAGES]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| William Grecia,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC. and ABC, INC. d/b/a WALT DISNEY STUDIOS MOTION PICTURES,<br><br>    Defendants. | Case No. 3:14-CV-00775-EMC<br><br>**NOTICE OF SETTLEMENT IN PRINCIPLE AND STIPULATION FOR 30 DAY EXTENSION OF ALL DEADLINES**<br><br>Judge: Hon. Edward M. Chen |

Plaintiff William Grecia ("Plaintiff") and Defendant ABC, Inc. ("Defendant ABC"), respectfully notify the Court that they have reached an agreement in principle to resolve this action, subject to finalizing that settlement agreement in writing. Thereafter, the parties intend to file dismissal papers for a dismissal with prejudice of all claims of infringement that Plaintiff raised or could have raised in this action, and a dismissal without prejudice of all claims, defenses, or counterclaims that Defendant ABC raised or could have raised. Plaintiff and Defendant ABC therefore respectfully stipulate and agree, subject to Order of this Court, to a 30-day extension of all deadlines to allow the parties to finalize their written settlement agreement, and subsequently dismiss this action. The current schedule for all deadlines is set forth in the Court's Civil Minutes dated May 29, 2014 (Dkt. 87). The requested extension would adjust the schedule as follows:

1. The date for Defendant ABC to serve its Invalidity Contentions will be extended from July 28, 2014, to August 27, 2014.

2. The date for Plaintiff and Defendant ABC to Exchange Proposed Claim Terms for Construction will be extended from August 11, 2014 to September 10, 2014.

The current schedule and all deadlines will remain the same as between Plaintiff and all Defendants other than Defendant ABC.

Dated: July 22, 2014      Respectfully Submitted,

*/s/ Evan Finkel*

Evan Finkel (SBN: 100673)
evan.finkel@pillsburylaw.com
Michael S. Horikawa (SBN: 267014)
michael.horikawa@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Tel: (213) 488-7100; Fax: (213) 226-4058

*Attorneys for Defendant ABC, Inc.*

Dated: July 22, 2014      */s/ Stephen C. Jarvis (with permission)*

Matthew M. Wawrzyn (pro hac vice)
matt@wawrzynlaw.com
Stephen C. Jarvis (pro hac vice)
stephen@wawrzynlaw.com
WAWRZYN LLC
233 S. Wacker Dr., 84th Floor
Chicago, IL 60606
(312) 283-8330

John Mansfield #214848
john@mansfieldlaw.net
MansfieldLaw
1001 Bayhill Dr., 2nd Floor
San Bruno, CA 94066
(971) 271-8615

*Attorneys for Plaintiff William Grecia*

| | |
|---|---|
| | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| William Grecia,<br><br>        Plaintiff,<br><br>   v.<br><br>APPLE INC. and ABC, INC. d/b/a WALT DISNEY STUDIOS MOTION PICTURES,<br><br>        Defendants. | Case No. 3:14-CV-00775-EMC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR 30 DAY EXTENSION OF ALL DEADLINES IN VIEW OF NOTICE OF SETTLEMENT IN PRINCIPLE**<br><br>Judge: Hon. Edward M. Chen |

- i -

602324022v1

1  Plaintiff William Grecia ("Plaintiff") and Defendant ABC, Inc. ("Defendant ABC"), have notified the Court that they have reached an agreement in principle to resolve this action, subject to finalizing that settlement agreement in writing, and that thereafter the parties intend to file dismissal papers for a dismissal with prejudice of all claims of infringement that Plaintiff raised or could have raised in this action, and a dismissal without prejudice of all claims, defenses, or counterclaims that Defendant ABC raised or could have raised. Plaintiff and Defendant ABC have stipulated and agreed, subject to order of this Court, to a 30-day extension of all deadlines to allow the parties to finalize their written settlement agreement, and subsequently dismiss this action.

**ACCORDINGLY, IT IS HEREBY ORDERED** that:

1. The date for Defendant ABC to serve its Invalidity Contentions is hereby extended from July 28, 2014, to August 27, 2014.

2. The date for Plaintiff and Defendant ABC to Exchange Proposed Claim Terms for Construction is hereby extended from August 11, 2014 to September 10, 2014.

The current schedule and all deadlines will remain the same as between Plaintiff and all Defendants other than Defendant ABC.

Dated: 7/22/14   _____
                                    dge



- 1 -

602324022v1

[Proposed] Order Granting Extension of Time
Case No. 3:14-CV-00775-EMC