[Counsel listed on signature pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| William Grecia,<br><br>          Plaintiff,<br><br>     v.<br><br>Google Inc.,<br><br>          Defendant. | Case No. 3:14-cv-01194 EMC, all filings in related Case No. 3:14-cv-00775 EMC<br><br>**STIPULATION OF DISMISSAL**<br><br>Judge: Hon. Edward M. Chen |

### **STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, William Grecia, and Defendant, Google Inc., hereby stipulate to the dismissal of the action. All claims of infringement that Plaintiff raised or could have raised in this action are dismissed WITH PREJUDICE. All claims, defenses, or counterclaims that Defendant raised or could have raised are dismissed WITHOUT PREJUDICE.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: July 18, 2014 | Respectfully Submitted, |

/s/ John Mansfield

/s/ Robert Unikel

John Mansfield (Bar No. 214848)
john@mansfieldlaw.net
**MansfieldLaw**
1001 Bayhill Dr., 2nd Floor
San Bruno, CA 94066

—AND—

Matthew M. Wawrzyn (*pro hac vice*)
matt@wawrzynlaw.com
(312) 283-8330
Stephen C. Jarvis (*pro hac vice*)
stephen@wawrzynlaw.com
(312) 283-8332
233 S. Wacker Dr., 84th Floor
Chicago, IL 60606

*Counsel for William Grecia*

Robert Unikel (*pro hac vice*)
robert.unikel@kayescholer.com
Deanna Keysor (*pro hac vice*)
deanna.keysor@kayescholer.com
Michelle Marek (*pro hac vice*)
michelle.marek@kayescholer.com
KAYE SCHOLER LLP
70 West Madison Street
Suite 4200
Chicago, Illinois 60602
(312) 583-2340

Michael Malecek
michael.malecek@kayescholer.com
Timothy Chao
timothy.chao@kayescholer.com
KAYE SCHOLER LLP
3000 El Camino Real
2 Palo Alto Square
Suite 400
Palo Alto, California 94306
(650) 319-4700

*Attorneys for Defendant Google Inc.*

```
IT IS SO ORDERED.  All hearings and deadlines as to Google are
vacated.
_____
Edward M. Chen
U.S. District Judge
```

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

Stipulation of Dismissal                                2
3:14-cv-01194 EMC

**ATTESTATION FOR SIGNATURE**

    Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatory.

Date: <u>July 18, 2014</u>                                              <u>*s/ John Mansfield*</u>

---

Stipulation of Dismissal                                   3
3:14-cv-01194 EMC