UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| William Grecia,<br><br>       Plaintiff,<br><br>v.<br><br>Sony Network Entertainment International LLC,<br><br>       Defendant. | Case No. 3:14-cv-00969-EMC, all filings in related Case No. 3:14-cv-00775-EMC<br><br>[~~Proposed~~] **Order Granting Stipulation for Extension of Mediation Deadline to October 31, 2014** |

Plaintiff William Grecia ("Grecia") Defendant Sony Network Entertainment International LLC ("SNEI") have notified the Court that the ADR Program Case Administrator has had difficulty finding an available mediator without conflicts and has requested that the parties seek an extension of the mediation deadline to October 31, 2014. Grecia and SNEI have stipulated and agreed, subject to order of this Court, to extend the mediation deadline to October 31, 2014.

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the date by which Plaintiff Grecia and Defendant SNEI must complete mediation is extended to October 31, 2014.

The current schedule and all deadlines will remain otherwise unchanged.

Dated: 8/11/14

                                                    Hon. Edward M. Chen
                                                  United States District Judge