[Counsel listed on signature pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| William Grecia,<br><br>Plaintiff,<br><br>v.<br><br>Apple Inc. and ABC, Inc. d/b/a Walt Disney Studios Motion Pictures,<br><br>Defendants. | Case No. 3:14-cv-00775-EMC<br>ORDER<br>**Stipulation of Dismissal**<br><br>Judge: Hon. Edward M. Chen |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff William Grecia and Defendants Apple Inc. ("Apple") and ABC, Inc. d/b/a Walt Disney Studios Motion Pictures ("ABC"), hereby stipulate to the dismissal of Count 2 and Count 3 of the action. All claims that Apple induced ABC to infringe, which Plaintiff raised or could have raised against Apple in this action, are dismissed WITH PREJUDICE. All claims of infringement that Plaintiff raised or could have raised against ABC in this action are dismissed WITH PREJUDICE. All claims, defenses, or counterclaims that ABC raised or could have raised are dismissed WITHOUT PREJUDICE.

| | | |
|---|---|---|
| 1 | Date: <u>August 8, 2014</u> | Respectfully Submitted, |
| 2 | | |
| 3 | /s/ <u>Stephen C. Jarvis</u> | |
| 4 | John Mansfield (Bar No. 214848) | |
| 5 | john@mansfieldlaw.net<br>**MansfieldLaw** | |
| 6 | 1001 Bayhill Dr., 2nd Floor<br>San Bruno, CA 94066 | |
| 7 | | |
| 8 | —AND— | |
| 9 | Matthew M. Wawrzyn (*Pro Hac Vice*)<br>Stephen C. Jarvis (*Pro Hac Vice*) | |
| 10 | **WAWRZYN LLC**<br>233 S. Wacker Dr., 84th Floor | |
| 11 | Chicago, IL 60606<br>(312) 283-8330 | |
| 12 | matt@wawrzynlaw.com | |
| 13 | stephen@wawrzynlaw.com | |
| 14 | *Counsel for William Grecia* | |
| 15 | | |
| 16 | /s/ <u>Joel R. Merkin</u> | |
| 17 | Luke L. Dauchot, P.C. (Bar No. 229829)<br>luke.dauchot@kirkland.com | |
| 18 | KIRKLAND & ELLIS LLP<br>333 South Hope Street | |
| 19 | Los Angeles, California 90071 | |
| 20 | Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500 | |
| 21 | | |
| 22 | Joel R. Merkin (*pro hac vice*)<br>joel.merkin@kirkland.com | |
| 23 | KIRKLAND & ELLIS LLP<br>300 North LaSalle Street | |
| 24 | Chicago, Illinois 60654<br>Telephone: (312) 862-2000 | |
| 25 | Facsimile: (312) 862-2200 | |
| 26 | *Attorneys for Defendant Apple Inc.* | |
| 27 | | |
| 28 | | |

Stipulation of Dismissal   2
Case No. 3:14-cv-00775-EMC

1  /s/ Evan Finkel
Evan Finkel (SBN: 100673)
2  evan.finkel@pillsburylaw.com
Michael S. Horikawa (SBN: 267014)
3  michael.horikawa@pillsburylaw.com
4  PILLSBURY WINTHROP SHAW PITTMAN LLP
5  725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
6  Telephone: (213) 488-7307
7  Facsimile: (213) 226-4058

8  Attorneys for Defendant ABC, Inc.

IT IS SO ORDERED

EDWARD M. CHEN, U.S. DISTRICT JUDGE

8/11/2014
Date