KILPATRICK TOWNSEND & STOCKTON LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
jgilliland@kilpatricktownsend.com
HOLLY GAUDREAU (State Bar No. 209114)
hgaudreau@kilpatricktownsend.com
Eighth Floor, Two Embarcadero Center
San Francisco, CA  94111
Telephone:   (415) 576 0200
Facsimile:    (415) 576 0300

KILPATRICK TOWNSEND & STOCKTON LLP
SCOTT KOLASSA (State Bar No. 294732)
SKolassa@kilpatricktownsend.com
WILLIAM E. MOSLEY (State Bar No. 280495)
WMosley@kilpatricktownsend.com
1080 Marsh Road
Menlo Park, CA 94025
Telephone:   (650) 326 2400
Facsimile:    (650) 326 2422

Attorneys for Defendant
SONY NETWORK ENTERTAINMENT
INTERNATIONAL LLC

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM GRECIA,<br><br>       Plaintiff,<br><br>   v.<br><br>SONY NETWORK ENTERTAINMENT<br>INTERNATIONAL LLC,<br><br>       Defendant. | Consolidated Lead Case<br>Case No. 3:14-cv-00775-EMC<br><br>Case No. 3:14-cv-00969-EMC<br><br>**STIPULATED REQUEST FOR ORDER EXTENDING DEADLINE FOR PLAINTIFF TO FILE AMENDED INFRINGEMENT CONTENTIONS AND EXTENDING DISCOVERY STAY**<br><br>Judge:  Hon. Edward M. Chen |

Pursuant to Civil L.R. 6-2, Plaintiff William Grecia ("Grecia") and Defendant Sony Network Entertainment International LLC ("SNEI") (collectively with Plaintiff, "the Parties"), through their undersigned counsel, hereby state as follows:

1.     SNEI filed a Motion to Compel Grecia to supplement his Patent L.R. 3-1 infringement contentions on August 11, 2014 (Dkt. No. 121).

2.     In its September 19, 2014 Order (Dkt. No. 140), the Court granted SNEI's Motion in part and ordered Grecia to "file his amended [Patent L.R. 3-1] disclosure thirty days from the date of this Order."  (*Id.* at 6.)  The Court further required Grecia and SNEI to "meet and confer in person before Grecia's amendment" and ordered that "[d]iscovery as to [SNEI] is stayed until Grecia files his amended disclosures." (*Id.*)

3.     Accordingly, Grecia's amended Patent L.R. 3-1 infringement contentions are presently due on October 20, 2014.

4.     The Parties have a mandatory mediation session scheduled the following day, October 21, 2014.

5.     The parties would like to complete the required in-person meet and confer with sufficient time for Grecia to address any issues raised during the meet and confer.  Grecia's lead counsel maintains its office in Chicago, IL, and has requested that the meet and confer take place on October 20, 2104—the same day that the amended contentions are presently due—so that the meet and confer can take place during the same trip as the mediation on October 21, 2014.  This, however, would not allow Grecia time to address any issues that might come up during the meet and confer before serving amended contentions.

6.     To address these concerns, the parties jointly propose the following modifications and additions to the current schedule:

- Grecia will provide draft amended infringement contentions to SNEI on October 13, 2014.
- SNEI will have one week to fully consider Grecia's draft and prepare to address any remaining deficiencies during the meet and confer.
- October 20, 2014, the parties will meet and confer regarding the draft amended

contentions.

- The parties will have two weeks to jointly address any issues arising from the meet and confer.

- On November 3, 2014, Grecia will serve and file his amended infringement contentions.

7.      To accommodate the foregoing schedule, the Parties stipulate and respectfully request a two-week extension of the deadline for Grecia to provide amended infringement contentions, resulting in a new deadline for amended contentions of November 3, 2014.

8.      The Parties further stipulate and respectfully request that discovery with respect to SNEI remain stayed until the deadline for Grecia to provide his amended infringement contentions, November 3, 2014.

9.      By giving the parties sufficient time to identify and address any issues with Grecia's amended infringement contentions before they are finalized, the requested extension seeks to avoid unnecessary motion practice, and would therefore promote judicial economy and allow the Court to conserve valuable judicial resources, including the time and efforts of its staff.

10.      Because discovery with respect to SNEI is presently stayed, and because the requested November 3, 2014 deadline is over one month before the further status conference set for December 11, 2014, the requested extension will not affect any other aspects of the schedule for this case.

11.      The Court has previously granted five (Dkt. Nos. 14, 65, 75, 110, 119) motions to extend time.  The parties have also filed one stipulation to extend time (Dkt. No. 73).

Based on the foregoing, the Parties stipulate and respectfully request an extension of the deadline for Grecia to file his amended Patent L.R. 3-1 infringement contentions from October 20, 2014 to November 3, 2014.  The Parties further stipulate and respectfully request that discovery with respect to SNEI remain stayed until the deadline for Grecia to file his amended Patent L.R. 3-1 infringement contentions, November 3, 2014.

1   DATED: October 6, 2014          Respectfully submitted,

2                                   WAWRZYN LLC

3

4

                                    By: */s/ Matthew Michael Wawrzyn*
5                                   MATTHEW MICHAEL WAWRZYN
                                    STEPHEN CHARLES JARVIS
6                                   233 South Wacker Dr.
                                    Willis Tower, 84th Floor
7                                   Chicago, IL 60606
                                    312-283-8330
8                                   matt@wawrzynlaw.com

9                                   Johnathan E. Mansfield
                                    MansfieldLaw
10                                  1001 Bayhill Drive
                                    Suite 800
11                                  San Bruno, CA 94066
                                    971.571.8615
12                                  john@mansfieldlaw.net

13                                  Attorneys for Plaintiff
                                    WILLIAM GRECIA
14
     DATED: October 6, 2014         Respectfully submitted,
15
                                    KILPATRICK TOWNSEND & STOCKTON LLP
16

17

                                    By: *Scott Kolassa*
18                                  JAMES G. GILLILAND, JR.
                                    HOLLY GAUDREAU
19                                  SCOTT KOLASSA
                                    WILLIAM E. MOSLEY
20
                                    Attorneys for Defendant
21                                  SONY NETWORK ENTERTAINMENT
                                    INTERNATIONAL LLC
22

23
     PURSUANT TO STIPULATION, IT IS SO ORDERED:
24

25   DATED: _____October 7_____, 2014

26                                  

27

28

1
2

## CERTIFICATION PURSUANT TO CIVIL L.R 5-1(i)(3),
## RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES

3

    In accord with the Northern District of California's Civil Local Rule 5-1(i)(3), I attest that

4

concurrence in the filing of this document has been obtained from each of other signatories who

5

are listed on the signature pages. I shall maintain records to support this concurrence for

6

subsequent production for the Court if so ordered, or for inspection upon request by a party until

7

one year after final resolution of the action (including appeal, if any).

8

October 6, 2014                                         /s/ Scott Kolassa
9                                                      SCOTT KOLASSA

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATED REQUEST FOR ORDER EXTENDING DEADLINE FOR PLAINTIFF TO FILE
AMENDED INFRINGEMENT CONTENTIONS AND EXTENDING DISCOVERY STAY            - 4 -
Consolidated Lead Case No. 3:14-cv-00775-EMC
Case No. 3:14-CV-00969-EMC