UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

WILLIAM GRECIA,

        Plaintiff,

  v.

APPLE, INC.,

        Defendant.

No. C 14-775 EMC

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:     December 10, 2014
Mediator: Vicki Veenker

IT IS HEREBY ORDERED that the request to excuse plaintiff William Grecia from appearing in person at the December 10, 2014, mediation before Vicki Veenker is GRANTED. Mr. Grecia shall be available at all times to participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

IT IS SO ORDERED.

December 5, 2014       By:                                          
Dated                                                Maria-Elena James
                                                     United States Magistrate Judge