[Counsel listed on signature pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| William Grecia,<br><br>        Plaintiff,<br><br>   v.<br><br>VUDU, Inc.<br>        Defendant. | Consolidated Lead Case:<br>Case No. 3:14-cv-00775 EMC<br><br>Case No. 3:14-cv-01220-EMC<br><br>**Joint Case Management Statement**<br>`Order resetting CMC`<br><br>Date: May 21, 2015<br>Time: 10:30 a.m.<br>Place: Courtroom 5, 17th Floor<br>Judge: Hon. Edward M. Chen |

Pursuant to the Clerk's Notice resetting further case management conference, (Dkt. No. 185), plaintiff William Grecia ("Grecia") and defendant VUDU, Inc. ("VUDU") submit this Joint Case Management Statement.

On April 23, 2015, Grecia, VUDU, and Sony Network Entertainment International LLC ("SNEI"), informed the Court that each of the parties had reached settlement agreements in principle, and requested that the Court reset the case management conference to May 21, 2015. (Dkt. No. 183.) Grecia also requested that the Court determine that Grecia's pending unopposed motion for entry of judgment under Rule 54(b) (Dkt. No. 174) was suitable for resolution without oral argument. (Dkt. No. 183.) The Court granted both requests. (Dkt. No. 185.)

### *Case Status*

Since April 23, 2015, the parties have been working with diligence to finalize their respective agreements and obtain the necessary signatures. On May 13, 2015, Grecia and SNEI

executed their agreement and stipulated to the dismissal of consolidated Case No. 3:14-cv-00969-EMC. (Dkt. No. 186.) Thus, the only action left pending before the Court in these consolidated cases is *Grecia v. VUDU, Inc.*, Case No. 3:14-cv-01220-EMC.

Grecia and VUDU have finalized their agreement and are in the process of obtaining signatures. However, the parties do not expect to obtain signatures before May 14, 2015. In light of the imminence of Grecia's and VUDU's execution of their agreement and their subsequent stipulation of dismissal, Grecia and VUDU respectfully request that the Court reset the case management conference currently set for May 21, 2015 to Thursday, June 11, 2015, or such other date as the Court sees fit.

### ***Rule 54(b) Motion***

On February 9, 2015, the Court granted Digital Entertainment Content Ecosystem (DECE) LLC's ("DECE") motion to dismiss. (Dkt. No. 170.) On February 13, 2015, Grecia filed a Notice of Appeal to the Federal Circuit as to the Court's dismissal of Grecia's claim against DECE. (Dkt. No. 171.) On March 3, 2015, Grecia filed an Unopposed Motion for Entry of Judgment under Rule 54(b), requesting the Court to enter final judgment against Grecia as to his claim against DECE. (Dkt. No. 174.) As mentioned above, the Court has taken Grecia's motion under consideration and found the matter suitable for resolution without oral argument. (Dkt. No. 185.)

Grecia and DECE have reached a settlement agreement in principle and are in the process of obtaining signatures on the agreement. Once the agreement has been fully executed, Grecia will dismiss his appeal, and Grecia's pending Rule 54(b) motion will be moot.

| | |
|---|---|
| Date: May 14, 2015 | Respectfully Submitted, |

*/s/ Stephen C. Jarvis*

John Mansfield (Bar No. 214848)
john@mansfieldlaw.net
**MansfieldLaw**
1001 Bayhill Dr., 2nd Floor
San Bruno, CA 94066

Matthew M. Wawrzyn (*Pro Hac Vice*)
Stephen C. Jarvis (*Pro Hac Vice*)
**WAWRZYN LLC**
233 S. Wacker Dr., 84th Floor
Chicago, IL 60606
(312) 283-8330
matt@wawrzynlaw.com
stephen@wawrzynlaw.com

*Counsel for William Grecia*


*/s/ Bijal V. Vakil*

SHAMITA D. ETIENNE-CUMMINGS
(Cal. Bar No. 202090)
setienne@whitecase.com
BIJAL V. VAKIL (Cal. Bar No. 192878)
bvakil@whitecase.com
ALLEN WANG (Cal. Bar No. 278953)
awang@whitecase.com
WHITE & CASE LLP
3000 El Camino Real
Five Palo Alto Square, 9th Floor
Palo Alto, CA 94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

*Counsel for Defendant VUDU, Inc.*

```
IT IS SO ORDERED that the further CMC is reset from 5/21/15 to 6/11/15 at 10:30 a.m.
An updated joint CMC statement shall be filed by 6/4/15.
_____
Edward M. Chen
U.S. District Judge
```

**ATTESTATION FOR SIGNATURE**

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories.

Date: <u>May 14, 2015</u>                                                    <u>*/s/ Stephen C. Jarvis*   </u>