UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GRECIA,<br><br>        Plaintiff,<br><br>   v.<br><br>APPLE INC., *et al.*,<br><br>        Defendants<br>_____/ | Lead Case No. C-14-0775 EMC<br><br>**CONSOLIDATED CASES**<br><br>No. C-14-1194 EMC, *Grecia v. Google, Inc.*<br>No. C-14-0969 EMC, *Grecia v. Sony Network*<br>No. C-14-1220 EMC, *Grecia v. VUDU, Inc.*<br><br>**ORDER TO SHOW CAUSE** |

Pending before the Court is Plaintiff Grecia's Motion for Certification of Order under Federal Rule of Civil Procedure 54(b). The parties are **ORDERED TO SHOW CAUSE** why the Court should not enter final judgment in this action and why the Rule 54(b) motion is not moot in light of (1) the Court's dismissal of Grecia's claim against DECE with prejudice; and (2) the settlement of Grecia's claims against all other defendants in this action with prejudice.[1] *See Duke Energy Trading & Mktg., L.L.C. v. Davis,* 267 F.3d 1042, 1049 (9th Cir. 2001) (holding effect of Rule 41(a)(1)(i) dismissal of remaining defendant renders a previous order dismissing prior defendant final for purposes of appellate jurisdiction); *see also Gelboim v. Bank of Am. Corp.,* 135 S. Ct. 897, 906 (2015) (holding Rule 54(b) "does not apply [. . .] to a multiple claims action in which

---

[1] Docket Nos. 180, 182, 186, 189. Grecia previously dismissed his claims against ABC and Google. Docket Nos. 91, 107, 111, 118. Defendant Walt Disney Company was eliminated when it was not named in an amendment to the complaint. Docket No. 89. Grecia's action against Microsoft was transferred to the Western District of Washington. Docket No. 34, *see also* ECF 14-1220, Docket No. 58 (8/11 Hrg. Tr. at 10-11).

all of the claims have been finally decided" (quoting *Sears, Roebuck & Co. v. Mackey,* 351 U.S. 427, 435 (1956)).  The parties should submit briefs not to exceed two pages by June 10, 2015.  The Court will enter judgment and vacate the Rule 54(b) motion as moot if no responsive papers are timely filed or if the parties fail to show cause in their submissions.

IT IS SO ORDERED.

Dated:  May 27, 2015

_____
EDWARD M. CHEN
United States District Judge

2