United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GRECIA,<br><br>                 Plaintiff,<br><br>         v.<br><br>APPLE INC., *et al.*,<br><br>                 Defendants<br>_____/ | Lead Case No. C-14-0775 EMC<br><br>**CONSOLIDATED CASES**<br><br>No. C-14-1194 EMC, *Grecia v. Google, Inc.*<br>No. C-14-0969 EMC, *Grecia v. Sony Network*<br>No. C-14-1220 EMC, *Grecia v. VUDU, Inc.*<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>**(Docket No. 190)** |

On May 27, 2015, the Court ordered the Parties to show cause why the Court should not enter final judgment in this action and why Grecia's pending Rule 54(b) motion is not moot. On May 28, 2015, Grecia filed a stipulation dismissing with prejudice all claims against Defendant DECE, the very claims that were the subject of Grecia's Rule 54(b) motion. Grecia's stipulated dismissal was pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Typically, a voluntary dismissal under Rule 41(a)(1) divests the Court of jurisdiction to adjudicate the dismissed claims. *Duke Energy Trading & Mktg., L.L.C. v. Davis,* 267 F.3d 1042, 1049 (9th Cir. 2001) (discussing notice of dismissal without prejudice under Rule 41(a)(1)(A)(i)).

///

///

///

Accordingly, the Court hereby **DISCHARGES** the order to show cause. The Clerk shall close the case file.[1]

IT IS SO ORDERED.

Dated: May 29, 2015

_____
EDWARD M. CHEN
United States District Judge

---

[1] Because a voluntary dismissal under Rule 41(a)(1) is "self-executing" without order of court, no order is needed to close the case file. *See Pedrina v. Chun,* 987 F.2d 608, 610 (9th Cir. 1993) (quoting *American Cyanamid Co. v. McGhee,* 317 F.2d 295, 297 (5th Cir.1963)). The Court merely includes this direction to the clerk for the sake of clarity, because multiple parties have been involved at various times in this consolidated action.